

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-14-00357-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason K. Pulliam, Justice

On July 22, 2015, this court dismissed this appeal for want of prosecution. Appellant Burton Kahn timely filed a motion for rehearing, which the panel denied on August 12, 2015. On August 25, 2015, Appellant filed a motion for en banc reconsideration.

The en banc court has considered the motion; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court